UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO PEREZ SANCHEZ, | Case No. 2:23-cv-01067-JDP (HC) |
| Petitioner, | **ORDER** |
| v. | DIRECTING THE CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS MATTER |
| WARDEN, | |
| Respondent. | **FINDINGS AND RECOMMENDATIONS** |
| | THAT THE PETITION BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS AND THAT RESPONDENT'S MOTION TO DISMISS BE DENIED AS MOOT |
| | ECF No. 6 |
| | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On October 10, 2023, respondent filed a motion to dismiss. ECF No. 6. On November 27, 2023, after petitioner failed to file an opposition or statement of non-opposition within twenty-one days, I ordered him to show cause within twenty-one days why this action should not be dismissed for his failure to prosecute. ECF No. 7. I notified him that if he wished to continue with this action, he must, within twenty-one days, file an opposition or statement of non-opposition to respondent's motion to dismiss. *Id.* I also warned him that failure to comply with

1

1   that order would result in a recommendation that this action be dismissed. *Id*.

2       The deadline has passed, and petitioner has neither filed a response to the motion to
3   dismiss nor otherwise responded to the November 27, 2023 order.

4       Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a
5   United States District Judge to this case.

6       Further, it is hereby RECOMMENDED that:

7       1. This action be dismissed without prejudice for failure to prosecute and failure to
8   comply with court orders, for the reasons set forth in the November 27, 2023 order.

9       2. Respondent's motion to dismiss, ECF No. 6, be denied as moot.

10      3. The Clerk of Court be directed to close the case.

11      These findings and recommendations are submitted to the United States District Judge
12  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of
13  service of these findings and recommendations, any party may file written objections with the
14  court and serve a copy on all parties.  Such document should be captioned "Objections to
15  Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed
16  within fourteen days of service of the objections.  The parties are advised that failure to file
17  objections within the specified time may waive the right to appeal the District Court's order.
18  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.
19  1991).

IT IS SO ORDERED.

Dated:  January 3, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2