UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO PEREZ SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | Case No. 2:23-cv-01067-TLN-JDP<br><br>**ORDER** |

Petitioner, a federal inmate proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 4, 2024 (ECF No. 8) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice for the reasons set forth in the November 27, 2023 (ECF No. 7) Order;
3. Respondent's Motion to Dismiss (ECF No. 6) is DENIED as moot;
4. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and
5. The Clerk of Court is directed to close this case.

Date:  February 19, 2024

Troy L. Nunley
United States District Judge